UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. CR20-156 RSM |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | DETENTION ORDER |
| ELIAS GRAHAM, ) | |
| ) | |
| Defendant. ) | |
| ) | |

<u>Offense charged</u>:   Bank Fraud (two counts); Aggravated Identity Theft

<u>Date of Detention Hearing</u>:   November 3, 2020.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1.   Defendant is charged by Indictment in a multi-defendant, multi-count Bank

DETENTION ORDER
PAGE -1

Fraud and Aggravated Identity Theft allegedly involving a scheme to create and cash counterfeit payroll checks from Kroger Company and its subsidiaries in order to obtain money under false pretenses.  The co-schemers are alleged to have traveled from this District to stores across the country to cash the checks, using the identity of other persons without permission.  This defendant is alleged to have cashed checks in Arizona and Indiana.

2. Defendant has been unemployed for approximately one year.  The government alleges defendant is a main suspect in a shooting inside a local Target store in July 2020.  The government further alleges defendant attempted to elude arrest for the instant charges by fleeing.  Defendant denies both allegations.

3. Defendant poses a risk of nonappearance based on unstable employment and residence, and alleged attempt to elude arrest.  Defendant poses a risk of danger based on the nature and circumstances of the offense, and allegations of criminal involving use of a firearm.

4. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall

deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services Officer.

DATED this 4th day of November, 2020.

*[signature]*

Mary Alice Theiler
United States Magistrate Judge