The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ELIAS GRAHAM,<br><br>Defendant. | Nos. CR20-156 RSM<br><br>ORDER GRANTING MOTION TO SEAL EXHIBIT A TO UNITED STATES' MEMORANDUM REGARDING SUPERVISED RELEASE |

This matter has come before the Court on the motion to seal Exhibit A to United States' Memorandum Regarding Supervised Release. The Court has reviewed the motion and records in this case and finds there are compelling reasons to permit the filing under seal of the Exhibit A to United States' Memorandum Regarding Supervised Release, due to the sensitive police incident information contained therein.

//
//
//
//

Sealing Order - 1
*U.S. v. Graham,* CR20-156 RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

IT IS HEREBY ORDERED that Exhibit A to United States' Memorandum Regarding Supervised Release to be filed under seal.

DATED this 28th day of October, 2022.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Casey S. Conzatti*
CASEY S. CONZATTI
Assistant United States Attorney

Sealing Order - 2
*U.S. v. Graham,* CR20-156 RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970