**District Judge Ricard S. Martinez**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br>V.<br><br>ELIAS GRAHAM,<br><br>                              Defendant. | No.  20-cr-156-RSM<br><br>UNOPPOSED MOTION<br>OF COUNSEL TO WITHDRAW<br>FROM REPRESENTATION<br><br>NOTED ON MOTION DOCKET:<br>DECEMBER 16, 2022 |

Having been appointed as counsel for Defendant ELIAS GRAHAM on October 28, 2020, (Dkt 79) and having represented him through a recent revocation of supervised release (Dkt 405), SEAN GILLESPIE moves to withdraw as attorney for Mr. Graham so that the CJA administrator may appoint new counsel with availability to assist Mr. Graham in exploring an emergency motion related to sudden family bereavement for which Mr. Gillespie is not currently available. Undersigned counsel discussed this motion with AUSA Casey Conzatti, who does not oppose it.

DATED: December 2, 2022.

Respectfully submitted,

s/Sean P. Gillespie

