**District Judge Ricardo S. Martinez**

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>V.<br><br>ELIAS GRAHAM,<br><br>                    Defendant. | No.  20-CR-156-RSM<br><br>ORDER ON MOTION TO WITHDRAW AS COUNSEL |

Having considered the unopposed motion to withdraw by counsel Sean Gillespie,

**IT IS ORDERED** that Sean Gillespie is removed as counsel of record and that the district's CJA Administration appoint new counsel.

DONE on DECEMBER 5th, 2022.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

    s/Sean P. Gillespie
Attorney for Elias Graham

ORDER ON MOTION FOR WITHDRAW
*USA v. Graham, 20-cr-156-RSM*
Page 1 of 1

