UNITED STATES DISTRICT COURT
WESTERN DISCTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>v.<br><br>ELIAS GRAHAM,<br>Defendant | NO.  CR 20-156 RSM<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE |

Elias Graham moves the Court for Compassionate Release, based on the tragic death of his 6-month old son in November of 2022.  The Court has reviewed his motion, as well as the response by the Government.  For the reasons cited by Mr. Graham, the Court finds extraordinary and compelling reasons to GRANT the motion.  Mr. Graham shall be released from Bureau of Prisons custody immediately and begin his term of Supervised Release.

DATED this 23rd day of January, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

1

Order Granting CR Motion

PHIL BRENNAN, Esq.
P.O. Box 20432
Seattle, WA 98102
(206) 372-5881