UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ELIAS GRAHAM, <br><br> Defendant. | NO. CR20-156RSM <br><br> ORDER DENYING DEFENSE MOTION TO SET CONDITIONS OF RELEASE |

The Court, having considered defendant's motion to set conditions of release (docket #493), the response by the Government and the relevant record, hereby DENIES the motion for the reasons described herein.

The defendant is currently incarcerated pending trial in Pierce County. Bail has been set in that matter, but the defendant has not been released due to a federal hold. Defendant asks this Court to release him on bond (with appropriate conditions) to resolve the current federal hold. However, the defendant has not made an initial appearance before this Court. Defendant's motion is, therefore, premature.

The Court is unable to address the matter of the Defendant's detention until he has been brought before the Court on any outstanding warrant and makes his initial appearance.

Accordingly, Defendant's motion is DENIED.

DATED this 10th day of July, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER - 1